Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
для the
_____ District of _____
_____ Division

FILED BY _AEM_ D.C.
JUN 11 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

Marie BETTY ALEXIDOR
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Judge Olga Levine, Broward County, Bertha Henry (County administrator), Brenda D. Forman (Clerk of the Court), Rebekah Brown (ERAP), Maic of Queens (Landlord)
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Marie BETTY ALEXIDOR
Street Address: 7841 Johnson Street, # 208
City and County: Pembroke Pines, Broward County
State and Zip Code: Florida 33024
Telephone Number: (914) 419-7265
E-mail Address: BettyAlexidor@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: Olga Levine
- Job or Title (if known): County Court Judge
- Street Address: 100 N Pine Island Rd (West Regional)
- City and County: Plantation, Broward County
- State and Zip Code: Florida 33324
- Telephone Number: Broward County Attny - (954) 357-7600
- E-mail Address (if known):

**Defendant No. 2**
- Name: Broward County
- Job or Title (if known): Broward County
- Street Address: 115 S Andrews Avenue, Suite 423
- City and County: Fort Lauderdale, Broward County
- State and Zip Code: Florida 33301
- Telephone Number: (954) 357-7600
- E-mail Address (if known): don't know

**Defendant No. 3**
- Name: Bertha Henry
- Job or Title (if known): County Administrator
- Street Address: 115 S Andrews, Suite 423
- City and County: Fort Lauderdale, Broward County
- State and Zip Code: Florida 33301
- Telephone Number: (954) 357-7600
- E-mail Address (if known): B.Henry@broward.org

**Defendant No. 4**
- Name: Brenda D. Forman
- Job or Title (if known): Clerk of the Court
- Street Address: 115 S Andrews, Suit 423
- City and County: Fort Lauderdale, Broward County
- State and Zip Code: Florida 33301
- Telephone Number: (954) 357-7600
- E-mail Address (if known): unknown

Please see Attachment for Additional Defendants.

MAIC of Queens.
9604 NW 67 CT,
Tamarac, Florida 33321

Rebekah Brown
Emergency Rental Assistance Program
Broward County
Email: Rebekah.Brown@tetratech.com

Honorable OlGA Levine
County Court Judge
West Regional Courthouse
100 N Pine Island Rd.
Plaintation, FL 33324-7805

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42. U.S.C. 1983, Administrative Act, Emergency Rental Assistance Act, Due Process, Freedom to exercise Right to participate in federal program.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
       and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Broward County and its officials are operating a program for emergency rental assistance, that is outside or beyond what Congress expressed in law. Defendants are allowing the landlord to dictate wether or not he wants to participate and he changed his mind several times, each time he, I was denied to participate in the rent relief program and still mandated to pay landlord through a private agreement

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ALSO from [remove statement]

Also, Landlord has violated my rights and allowed to by Court, by finding and filing in different court room attempting different outcome, while case is pending in one court. Relief sought is A Declaratory Judgement AND/OR injunctive Relief to Apply the law as written for the program and allow me to participate in program for which I am qualified.

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/11/2021

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Marie Betty ALEXINOR

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____